IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01532-REB-BNB

BANK OF AMERICA, National Association, successor by merger to BAC Home Loans Servicing, L.P.,

Plaintiff,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; and
GEORGE J. KENNEDY, the Douglas County Public Trustee,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Briefly Extend Scheduling Order Deadline** [docket no. 25, filed February 28, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **March 15, 2013**.

DATED:  March 1, 2013