**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01532-REB-BNB

BANK OF AMERICA, NATIONAL ASSOCIATION, successor by merger to BAC HOME LOANS SERVICING, LP,

     Plaintiff,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, and
GEORGE J. KENNEDY, the Douglas County Public Trustee,

     Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion To Dismiss & Denying Motion To Remand** [#29] entered by Judge Robert E. Blackburn on March 20, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** that the **Motion To Dismiss Complaint by Defendant United States Small Business Administration** [#8] filed June 15, 2012, is **GRANTED**; that the plaintiff's **Motion for Remand To State Court Pursuant To 28 USC § 1446** [#12] filed June 21, 2012, is **DENIED**; and that under FED. R. CIV. P. 12(b)(1), this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

DATED at Denver, Colorado, this 21st day of March, 2013.

                                                FOR THE COURT:
                                                Jeffrey P. Colwell, Clerk
                                                By: s/Edward P. Butler
                                                Edward P. Butler, Deputy Clerk